UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-00492-SEB-DLP |
| ) | |
| MARKLAND PLAZA, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER PROCEDURALLY CLOSING CASE**

Markland Plaza, LLC is the only remaining defendant in this action. This Court entered an order on July 19, 2021 [Dkt #32] staying all proceedings as to Defendant Markland. In light of this stay, the Clerk is directed to **PROCEDURALLY CLOSE** this case. Upon the completion of the bankruptcy proceedings, either party may move to reopen this case and lift the stay for the purpose of dismissing the case with prejudice, or for any other proper purpose.

SO ORDERED.

Date: 11/23/2021

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Phillip K. Beth
HINKHOUSE WILLIAMS WALSH, LLP
pbeth@hww-law.com

Margo S. Brownell
MASLON LLP
margo.brownell@maslon.com

Neil Andrew Davis
Meils Thompson Dietz & Davis
ndavis@meilsattorney.com

Judah A. Druck
MASLON LLP
judah.druck@maslon.com

Dena Economou
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
deconomou@karballaw.com

Thomas D. Ferguson
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
tferguson@karballaw.com

John W. Mervilde
MEILS THOMPSON DIETZ & BERISH
jmervilde@meilsattorney.com